AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

**SERVED**

Caroline G. Zocher

)
)
)
) Plaintiff,
)
) Civil Action No. 5:24-cv-11025
)
v. )
)
Flexshopper, LLC et al ) Hon. Judith E. Levy
)
)
Defendant. )

## SUMMONS IN A CIVIL ACTION

To:   Flexshopper, LLC       c/o REGISTERED AGENT
                              CORPORATION SERVICE COMPANY
                              1201 HAYS STREET
                              TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Marwan Daher
   Sulaiman Law Group, Ltd.
   IL
   2500 S. Highland Avenue
   Suite 200
   Lombard, IL 60148

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ JParker
*Signature of Clerk or Deputy Clerk*

Date of Issuance: April 18, 2024



# VERIFIED RETURN OF SERVICE

Job # MIA16525

**Client Info:**
Paul Pankiewicz - R.O.S. Consulting, Inc
23900 INDUSTRIAL DRIVE, SUITE 3
Plainfield, IL 60585

**Case Info:**

**PLAINTIFF:**
CAROLINE G. ZOCHER
-versus-
**DEFENDANT:**
FLEXSHOPPER, LLC, d/b/a, LIBERTY TAX & LOANS, ET AL

USDC FOR THE EASTERN DISTRICT OF MICHIGAN

Court Case # **5:24-cv-11025**

**Service Info:**

**Received by Hunter Rupnik: on May, 28th 2024 at 09:40 AM**
**Service:** I Served **Flexshopper, LLC c/o REGISTERED AGENT CORPORATION SERVICE COMPANY**
With: **SUMMONS; COMPLAINT**
by leaving with **CHELSEA WANG, AUTHORIZED TO ACCEPT FOR R.A. COMPANY**

**At Business 1201 HAYS STREET TALLAHASSEE, FL 32301**
On **5/28/2024** at **01:30 PM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

I **Hunter Rupnik** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**Hunter Rupnik**
Lic # **287**

**ACCURATE SERVE OF PLANTATION**
151 N NOB HILL ROAD, SUITE #254
Plantation, FL 33324

Client # 5:24-cv-11025
Ref # T242673




1 of 1